| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Thynge, Mary P. | 2. Court or Organization<br><br>U.S. District Court - Delaware | 3. Date of Report<br><br>05/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>J. Caleb Boggs Federal Building<br>844 N. King Street, Lockbox 8<br>Suite 2124<br>Wilmington, DE 19801 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPLA | 03/23/18 | New York, NY | Honoring Retired Judge | Hotel, Food, Transportation Expense |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SEI Managed Account | Management Fees | J |
| 2. | First Financial Equity Corp. | Management Fees | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Checking Account Wilmington DE (formerly Wachovia) | A | Interest | M | T | | | | | |
| 2. Wells Fargo Money Market Account Wilmington, DE (formerly Wachovia) | A | Interest | M | T | | | | | |
| 3. Blackrock National Municipal Institutional Class | A | Int./Div. | | | Redeemed | 04/08/18 | J | A | None |
| 4. Jackson National Life Insurance Co. (Annuity) | C | Int./Div. | L | T | Distributed (part) | 04/15/18 | J | C | None |
| 5. Jackson National Life Insurance Co.. (Annuity) | B | Int./Div. | L | T | Distributed (part) | 04/15/18 | J | C | None |
| 6. First Financial Equity Corp. MM Account | A | Interest | K | T | | | | | |
| 7. Wells Fargo Portfolio Checking | A | Interest | J | T | Open | 01/15/18 | J | | None |
| 8. PNC Bank Checking | | None | K | T | | | | | |
| 9. PSER, Harrisburg, PA | D | Int./Div. | M | T | | | | | |
| 10. BRT | A | Dividend | J | T | | | | | |
| 11. ERF | A | Dividend | J | T | | | | | |
| 12. T | B | Dividend | K | T | | | | | |
| 13. PFE | A | Dividend | K | T | | | | | |
| 14. FNB | A | Dividend | J | T | | | | | |
| 15. MSFT | A | Dividend | L | T | | | | | |
| 16. SFL | A | Dividend | J | T | | | | | |
| 17. SEI (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares S&P 500 ETF | A | Dividend | K | T | | | | | |
| 19. -Schwab US Small Cap ETF | B | Dividend | L | T | | | | | |
| 20. SPDR S&P 500 ETF | A | Dividend | | | Redeemed | 12/27/18 | K | A | None |
| 21. Shares Currenty Hedge MSCI ETF | | None | | | Redeemed | 12/27/18 | K | B | None |
| 22. -Vanguard FTSE Developed Mkts ETF | | None | L | T | | | | | |
| 23. -Vanguard FTSE Emerging Mkts ETF | | None | K | T | | | | | |
| 24. Wisdom Yhe Japan Hedge Equity Fund | | None | | | Sold | 03/15/18 | J | A | None |
| 25. Vanguard Consumer EFT | A | Dividend | J | T | | | | | |
| 26. MSFT | A | Dividend | J | T | | | | | |
| 27. Sun America Focused Dividend | A | Dividend | L | T | | | | | |
| 28. SEL: TMLCX | A | Dividend | N | T | | | | | |
| 29. GNMA REMIC | A | Interest | J | T | | | | | |
| 30. Freddie Mac REMIC 1274L | A | Interest | J | T | | | | | |
| 31. ETrade BK (includes IRA Account) | D | Dividend | M | T | | | | | |
| 32. FDSBX | B | Dividend | L | T | Buy | 03/15/18 | L | | None |
| 33. SUI | B | Dividend | L | T | | | | | |
| 34. NZTCY | A | Dividend | | | Sold | 04/08/18 | J | A | None |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CTL | B | Dividend | J | T | | | | | |
| 36. SPKKY | A | Dividend | J | T | Buy | 01/15/18 | J | | None |
| 37. Extended Ins. SEP Dep. Acct | A | Interest | J | T | | | | | |
| 38. CS First Boston | B | Interest | J | T | | | | | |
| 39. Bank Amer Series 2005-5 | A | Interest | J | T | | | | | |
| 40. SEI: STMSX | A | Dividend | L | T | | | | | |
| 41. SEI: TMMAX | A | Dividend | K | T | | | | | |
| 42. SEI: SEITX | A | Dividend | L | T | | | | | |
| 43. SEI: SIEMX | A | Dividend | K | T | | | | | |
| 44. SEI: SEIMX | A | Dividend | M | T | | | | | |
| 45. SEI: SRAAX | A | Dividend | K | T | | | | | |
| 46. SEI: SEATX | A | Dividend | K | T | | | | | |
| 47. SEI: SITEX | A | Dividend | K | T | | | | | |
| 48. SEI: SEFIX | A | Dividend | J | T | | | | | |
| 49. SEI: TPRXX | A | Interest | J | T | | | | | |
| 50. SEI CASH ACCESS | B | Interest | M | T | | | | | |
| 51. LVIP AmGlGrAMR | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. I Shares SCVS (IYG) | A | Dividend | J | T | | | | | |
| 53. Dow Jones US Financial Index Fund (IYF) | A | Dividend | J | T | | | | | |
| 54. I Shares US Regional Banks EFT (IAT) | A | Dividend | J | T | | | | | |
| 55. JP Morgan (JPM) | A | Dividend | J | T | | | | | |
| 56. I Shares Midcap 400 (IJJ) | A | Dividend | J | T | | | | | |
| 57. Schlumberger Ltd. (SLB) | A | Dividend | J | T | | | | | |
| 58. I Shares Aerospace (ITA) | A | Dividend | J | T | | | | | |
| 59. Blackrock Equity Division (MADVX) | A | Dividend | J | T | | | | | |
| 60. Vanguard Small Cap (VBR) | A | Dividend | K | T | | | | | |
| 61. -Government Fund (SEOXX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII - Items 1 & 2: Wells Fargo purchased Wachovia. Complete name change (that is, when reported on my monthly statements) either occurred 2017 or early 2018.

VII - Items 4 & 5: Jackson National Life Insurance Co. are two annuities I inherited. At the time of my inheritance, annual payments were made which I continued. There are no sub-account choices, no investment options, or any specific investment options provided.

VII - Item 7: Opened a joint checking account with my spouse.

VII Item 9: My spouse receives monthly pension benefits as a result of his retirement with his former employer. These monthly pension benefits will continue until his death.

VII Item 52: I erred on this line in my prior report. Indentification should have been I Shares SVCS.

| Name of Person Reporting | Date of Report |
|---|---|
| Thynge, Mary P. | 05/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary P. Thynge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544